AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JACOB ZAPETA-CASTRO, | ) | Case No.  17-8028-WM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by ___ D.C.

JAN 2 4 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 19, 2017 _____ in the county of _____ Palm Beach _____ in the
___ Southern ___ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen,  ICE D/O
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _1 - 24 - 2017_

_____
*Judge's signature*

City and state:          West Palm Beach, FL          William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES v. JACOB ZAPETA-CASTRO
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.     I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over thirteen years.  I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida.   As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.     This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jacob ZAPETA-CASTRO committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3.     On or about January 19, 2017, Jacob ZAPETA-CASTRO was arrested in Palm Beach County, Florida for a violation of probation. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Jacob ZAPETA-CASTRO.

4.     On or about January 20, 2017, Deportation Officer Cynthia Alcocer took a sworn statement from Jacob ZAPETA-CASTRO. Post-*Miranda*, Jacob

1

ZAPETA-CASTRO admitted to being a native of Guatemala. He further admitted to last illegally entering the United States in 2015, after being previously removed from the United States in 2013. Jacob ZAPETA-CASTRO further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5.      A review of the immigration alien file assigned to Jacob ZAPETA-CASTRO shows that he is native and citizen of Guatemala. Records further show that on or about March 20, 2012, Jacob ZAPETA-CASTRO was voluntary removed from the United States.

6.      Thereafter, Jacob ZAPETA-CASTRO re-entered the United States illegally and, on or about January 31, 2013, he was ordered removed from the United States. The Order of Removal was executed on or about February 13, 2013, whereby Jacob ZAPETA-CASTRO was removed from the United States and returned to Guatemala.

7.      Thereafter, Jacob ZAPETA-CASTRO once again illegally re-entered the United States and, or about November 13, 2013, he was removed and returned to Guatemala for the second time.

8.      A further review of the records shows that on or about May 13, 2013, in the United States District Court, Western District of Texas, Jacob ZAPETA-CASTRO was convicted of the offense of illegal entry, case number 13-M-07122(1)-CW.

9.      Additional records show that on or about January 18, 2013, in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Jacob ZAPETA-

CASTRO was convicted of the felony offense of leaving the scene of a crash involving injury, case number 2012CF009031A.

10. I scanned Jacob ZAPETA-CASTRO's fingerprints taken in connection with his January 19, 2017 arrest in Palm Beach County into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is Jacob ZAPETA-CASTRO.

11. I performed a records check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Jacob ZAPETA-CASTRO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Jacob ZAPETA-CASTRO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

12. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 19, 2017, Jacob ZAPETA-CASTRO, an alien who was previously deported and removed from the United States, was found in the United States, knowingly and unlawfully, and without having received the express consent from the Attorney General or the Secretary of the Department of

Homeland Security for re-admission into the United States, in violation of Title 8,

United States Code, Sections 1326(a) and (b)(1).


Andy Korzen
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn to before me
this 24th day of January, 2017.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. **17-8028-WM**

**UNITED STATES OF AMERICA**

**v.**

**JACOB ZAPETA-CASTRO,**

**Defendant.**

_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?          _____ Yes    _X_ No

2.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?          _____ Yes    _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:    _____

RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0150990
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:   (561) 820-8711
Fax: (561) 820-8777
Rinku.Tribuiani@usdoj.gov